IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JASON LEE COLLINS,

       Petitioner,

v.                                                                              Case No. 5D18-2312

STATE OF FLORIDA,

       Respondent.

_____/

Opinion filed October 12, 2018

Petition for Belated Appeal
A Case of Original Jurisdiction.

Jason Lee Collins, Milton, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Respondent.


PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the November 2, 2017 judgment and sentence rendered in Case No. 2017-CF-000820, in the Circuit Court in and for Hernando County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).


       PETITION GRANTED.


COHEN, C.J., WALLIS and EISNAUGLE, JJ., concur.